| | | | |
|---|---|---|---|
| Fairway Consumer Discount Co. v. Laskowski ....... | 11/16/2015 | 530 MAL (2015) | Denied | Pa.Super., 122 A.3d 457 |
| Freeman-Rhodes v. Swanger ......... | 10/27/2015 | 188 WAL (2015) | Denied | Pa.Super., 121 A.3d 1135 |
| Gorman v. Aria Health ........... | 11/17/2015 | 356 EAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Gress v. Gress ...... | 11/16/2015 | 548 MAL (2015) | Denied | Pa.Super., 120 A.3d 393 |
| Harvey v. Palumbo; Con-way Freight, Inc., In re ........ | 10/27/2015 | 196 WAL (2015) | Denied | Pa.Super., 120 A.3d 388 |
| Link v. Link ........ | 10/27/2015 | 181 WAL (2015) | Denied | Pa.Super., 120 A.3d 369 |
| Matusek v. Bruno .. | 11/23/2015 | 153 MAL (2015) | Denied | Pa.Super., 120 A.3d 370 |
| O'Brien v. Dela Pena ............. | 11/02/2015 | 200 EAL (2015) | Denied | Pa.Super., 118 A.3d 445 |
| Richardson v. Kolsun .............. | 10/13/2015 | 118 EAL (2015) | Denied | Pa.Super., 120 A.3d 373 |
| S.O., In re Adoption of; E.C.B., In re; T.A., In re ........ | 11/13/2015 | 740 MAL (2015) | Denied | Pa.Super., 131 A.3d 107 |
| S.R.T., In re Interest of; W.Y.O., In re .. | 11/02/2015 | 475 EAL (2015) | Denied | Pa.Super., 125 A.3d 436 |
| Schader v. Schader | 10/27/2015 | 370, 371 MAL (2015) | Denied | Pa.Super., 120 A.3d 374; 120 A.3d 1049 |